IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00374-RPM-BNB

ALMO MUSIC CORPORATION,
STYGIAN SONGS,
EMI FULL KEEL MUSIC CO.,
GET JET MUSIC, INC.,
EMI APRIL MUSIC, INC.,
DESMOBILE, INC.,
UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., and
BONJOVI PUBLISHING,

Plaintiffs,

v.

JEBALARO, INC.,
ROBERT W. REAM, and
BARBARA K. REAM,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Unopposed Motion to Vacate Scheduling Conference** [docket no. 13, filed April 9, 2008] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **April 24, 2008**, or a status report addressing why dismissal has not been accomplished.

        IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.


DATED:  April 10, 2008