IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00374-RPM-BNB

ALMO MUSIC CORPORATION,
STYGIAN SONGS,
EMI FULL KEEL MUSIC CO.,
GET JET MUSIC, INC.,
EMI APRIL MUSIC, INC.,
DESMOBILE, INC.,
UNIVERSAL-PLOYGRAM INTERNATIONAL PUBLISHING, INC., and
BON JOVI PUBLISHING,

          Plaintiffs,

v.

JEBALARO, INC.,
ROBERT W. REAM, and
BARBARA K. REAM,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [18], filed on May 1, 2008, it is

ORDERED that this case is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

May 1, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge